Eric D. JONES, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 71, 2015

Supreme Court of Delaware.

Submitted: August 12, 2015
Decided: October 20, 2015

Court Below: Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 0811014395A

AFFIRMED.